In the Matter of the Probate of the Will of MARY OWENS, Deceased.

GRIFFITH W. GRIFFITHS et al., Appellants.

JOHN A. JONES et al., as Administrators, with the Will Annexed, of the Estate of MARY OWENS, Respondents.

*Matter of Owens (Will)*, 183 App. Div. 919, appeal dismissed. (Submitted May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1918, *unanimously* affirming a decree of the Oneida County Surrogate's Court admitting to probate the will of Mary Owens, deceased.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*E. Willard Jones* for motion.

*Neile F. Towner* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.